**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Richard OLTON, a/k/a Bobby, a/k/a O.B., Defendant—Appellant.**

No. 08–6625.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 11, 2008.

Decided: Sept. 16, 2008.

Richard Olton, Appellant Pro Se. Keith Michael Cave, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Olton appeals the district court's order denying his motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Olton,* No. 3:03–cr–00127–MR1, 2008 WL 413842 (W.D.N.C. Feb. 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*